IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT, IN AND FOR
LAKE COUNTY, FLORIDA

CASE NO.:

CATHERINE RAMO

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, CATHERINE RAMO, by and through her undersigned counsel, sues the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and alleges:

1. This is an action for damages that exceeds the sum of FIFTEEN THOUSAND AND NO/100 DOLLARS ($15,000.00).

2. That at all times material hereto, upon information and belief, the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY was and is a Foreign Corporation licensed to and doing substantial business in Lake County, Florida.

3. That on or about July 09, 2014, at the intersection of State Road 50 and Citrus Tower Blvd, Lake County Florida, Plaintiff, CATHERINE RAMO, was the driver of a 2011 Toyota SUV that was negligently rear ended by an Uninsured/Underinsured driver (Underinsured).

4. That on said date and at said place, Underinsured, did negligently maintain and/or operate said motor vehicle in such a manner as to cause a collision with a motor vehicle in which the Plaintiff was the driver.

5. It was the duty of Underinsured, to so operate the motor vehicle as not to carelessly or negligently cause injury or damage to others lawfully using

the roads, but defendant was then and there guilty of the following careless and negligent acts:

a.  Underinsured failed to keep a proper lookout for others lawfully using the road.

b.  Underinsured failed to keep the said vehicle under proper control at all times.

c.  Underinsured failed to apply his brakes in sufficient time or with sufficient force to avoid collision.

d.  Underinsured was otherwise guilty of carelessness and negligence in the operation of the said motor vehicle.

6.  As direct and proximate result of each of the careless and negligent acts committed by Underinsured, the motor vehicle that they were operating was caused to come into direct and violent contact with the motor vehicle of Plaintiff.

7.  That as a direct and proximate result of the Underinsured's negligence, the Plaintiff was injured in and about her body and extremities, suffered pain there from, insured medical treatment for such injuries, suffered physical handicap, disability and lost wages, disfigurement, mental anguish, loss of capacity for the enjoyment of life, and aggravation of previously existing conditions. One or more of his injuries or disabilities, are either permanent or continuing in their nature within reasonable medical probability. The Plaintiff will suffer from such losses and impairment in the future.

8.  At the time and place, Underinsured, carried insufficient liability to cover the claims of the Plaintiff.

9.  That at all times material to this cause, the Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, a Foreign Corporation, had issued a policy of insurance providing uninsured

2

motorist coverage to the Plaintiff. This policy was in effect as to the Plaintiff on the date of the above-described accident. (The policy remains in the possession of the defendant)

10. The policy provided certain protections to the Plaintiff in the event she would become legally entitled to recover damages from the owner or operator of the above-mentioned motor vehicle because of bodily injuries sustained by him, and caused by the accident arising out of the ownership, maintenance or use of an automobile.

11. Plaintiff has fully complied with all conditions of the contract of insurance.

12. Plaintiff seeks relief under said Underinsured Motorist's Coverage.

13. Plaintiff has presented a claim under the policy to the Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** and Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** has generally refused and failed to comply with its duties and obligations under the contract of insurance as described above.

3

**WHEREFORE**, the Plaintiff, **CATHERINE RAMO**, sues and demands judgment against the Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, a Foreign Corporation, for all damages allowed by law and demands a trial by jury for all issues so triable by right.

DATED this ____ day of January, 2017.

DANIEL E. SMITH II, ESQ.
Florida Bar No.: 016249
WADE B. COYE, ESQ.
Florida Bar No.: 0832480
COYE LAW FIRM, P.A.
730 Vassar Street, 3rd Floor
Orlando, Florida 32804
(407) 648-4940 - Office
Primary E-Mail: dansmith@coyelaw.com
Secondary E-Mail: litigation@coyelaw.com
Attorneys for the Plaintiff

4