IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:17-cv-48-Oc-40PRL

CATHERINE RAMO,

      Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.
_____/

**JOINT MOTION FOR ENTRY OF ORDER DISMISSING CASE WITH PREJUDICE**

Plaintiff, **CATHERIN RAMO**, and Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURNACE COMPANY**, file this Joint Motion for Entry of an Order Dismissing the Case With Prejudice and would show that the Parties have amicably settled their differences.

/s/ Daniel Smith
DANIEL E. SMITH, II
Fla Bar No: 0016249
DSMITH@DWKLAW.COM
srosati@dwklaw.com
Dellecker Wilson King McKenna
  Ruffier & Sos
719 Vassar Street,
Orlando, FL 32804
(407) 244-3000
Attorney for Plaintiff
Dated _____3/28/2018_____

/s/ Deborah I. Mitchell
THOMAS "KEVIN" KNIGHT
Fla Bar No: 318892
KKNIGHT@DSKLAWGROUP.COM
elamb@dsklawgroup.com
**DEBORAH I. MITCHELL**
Fla Bar No: 806781
DMITCHELL@DSKLAWGROUP.COM
smcalister@dsklawgroup.com;
lmedina@dsklawgroup.com
deBeaubien, Knight, Simmons,
  Mantzaris & Neal, LLP
332 N. Magnolia Avenue
Orlando, FL 32801
Direct: (407) 992-3520
Asst: (407) 992-3537
Fax No: (407) 422-0970
Attorneys for STATE FARM
Dated _____3/28/2018_____